No. 89–1854.   AMERICAN NATIONAL CAN CORP. ET AL. *v.* WASHINGTON DEPARTMENT OF REVENUE ET AL.   Sup. Ct. Wash.   Certiorari denied.   JUSTICE KENNEDY would grant certiorari.

No. 89–1890.   OWENS-CORNING FIBERGLAS CORP. ET AL. *v.* DISTRICT OF COLUMBIA.   Ct. App. D. C.   Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 90–43.   AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA *v.* PAYMASTER CORP.   C. A. 9th Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 89–1960.   McCONWELL ET AL. *v.* INTERNATIONAL BUSINESS MACHINES CORP.   C. A. 4th Cir.   Certiorari denied.   JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 89–1974.   PULITZER PUBLISHING CO. ET AL. *v.* CERTAIN INTERESTED INDIVIDUALS ET AL.   C. A. 8th Cir.   Certiorari denied.   JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 89–1997.   NEW ORLEANS BAPTIST THEOLOGICAL SEMINARY *v.* BABCOCK.   Ct. App. La., 4th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Motion of Baptist Joint Committee on Public Affairs et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied.   JUSTICE BLACKMUN would grant certiorari.

No. 89–2017.   FARNSWORTH *v.* SEA-LAND SERVICE, INC., ET AL.   C. A. 5th Cir.   Motion of petitioner for leave to proceed as a seaman granted.   Certiorari denied.